UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

vs.

BORIS ARENCIBIA,

                Defendant.  /

## GOVENRMENT'S MOTION TO RE-SCHEDULE HEARING

The United States hereby moves to continue the renewed pre-trial detention hearing now set for May 23, 2024.  As grounds therefor, the United States sets forth the following reasons that militate against setting the hearing this soon:

1.     Special Agent Janelle Rudie would be one of the government's witnesses at this hearing. She recently interviewed a confidential source, who had not been a source prior to the original detention hearing. This new confidential source knows defendant Arencibia personally, and provided information directly relevant to his risk of flight.

Special Agent Rudie is also prepared to testify about a social media post by the defendant in which he claimed personal credit for the Santa Maria Music Festival in Cuba that a defense witness testified the defendant had nothing to do with.  She is prepared to introduce a transcript of the defendant's presentation, which she translated from the Spanish speech into English.  She is also prepared to identify at least one additional post by a personal friend of the defendant in which he also credited the defendant for the festival.

Special Agent Rudie cannot testify on May 23. She has a procedure scheduled on that date with a dental surgeon; she waited more than a year to obtain this appointment and cannot re-schedule it. The nature of the procedure is such that she likely will not be physically able to testify on that date or the next day.

2.	At the hearing on May 15, defense counsel provided the government with a written statement from Oswaldo Gonzalez, the defendant's former cellmate, claiming ownership of the cellphone found under the mattress on which the defendant was sleeping.  The statement was dated April 15, 2024.  Undersigned Government counsel does not know when defense counsel received it.  However, the disclosure of the document a month after it was written, and when the May 15 hearing had already begun, was a surprise to Government counsel.

The United States would like to question inmate Gonzalez about this: it is extremely unusual for someone to write out a confession to a crime when he is not even being questioned by law enforcement; had denied the offense six weeks earlier, and had not been questioned about it since then.

However, the government is not able to interview this inmate at this time. He has been shipped out of FDC Miami and is currently in a BOP transfer facility in Oklahoma. He will at some point be sent from there to his assigned institution, at which location an interview can be arranged.

3.	The United States continues to analyze call records obtained from the jail cellphone. Contact between the phone and the call recipients may identify persons who are known associates of either Oswaldo Gonzalez or Boris Arencibia, and thus assist in determining who really was using the phone.  However, this is a laborious process involving tracking down the service providers for multiple called numbers, one number at a time, obtaining subscriber information,

and trying to identify those subscribers, who often provide minimal information, especially when buying pre-paid phones.

As an indication of the scope of this work, there are approximately 1200 phone calls to track, and an additional large number of text messages. Thus far 23 subpoenas have been issued for necessary information. Only some has been received, and only a small percent of that has been examined. So far, this process has not produced any determinative information useable for this investigation. Additional time is likely to provide more useful information.

Based on the forgoing, if the court goes forward with the continuation of the detention hearing on May 23, it will do so without about half of the relevant evidence the government now has or is actively seeking to obtain. The United States therefore moves to have the continued portion of the hearing re-scheduled to after defense counsel has finished his upcoming trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 261289
99 Northeast 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: 305-961-9022
Email: Frank.Tamen@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney