UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cr-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA, *et al*

    Defendant.

_____/

**COUNSEL'S NOTICE OF LIMITED APPEARANCE
ON BEHALF OF SUBPOENAED NON-PARTIES
RENE LORENZO AND CARLOS CASANUEVA**

Henry P. Bell of Bell Rosquete Reyes Esteban, PLLC, a member in good standing of the Florida Bar and admitted to practice in the Southern District of Florida, hereby enters his appearance as attorney of record for subpoenaed non-parties Rene Lorenzo and Carlos Casanueva. Counsel is appearing in connection with a motion to quash subpoenas served on Messrs. Lorenzo and Casanueva.

    Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone:  (305) 570-1610
Facsimile:  (305) 570-1599
Email:  hbell@bresq.com

By: ____*s/Henry P. Bell*_____
    Henry P. Bell

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 6, 2024 a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

By: *s/ Henry P. Bell*
HENRY P. BELL
Fla. Bar No. 0090689