UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-DPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,

    Defendant.
_____/

**DEFENDANT BORIS ARENCIBIA'S RESPONSE TO DEFENDANT GUSTAVO LINARES GUZMAN'S MOTION TO CONTINUE TRIAL IN COMPLIANCE WITH THE COURT'S PAPERLESS ORDER OF NOVEMBER 5TH 2024**

    Defendant, BORIS ARENCIBIA ("Mr. Arencibia"), through undersigned counsel, files his response to Defendant Gustavo Linares Guzman's ("Mr. Linares") Motion to Continue Trial [DE 1019] in compliance with this Court's paperless order of November 5th, 2024 [DE 1022]. In support thereof, Mr. Arencibia states:

    A Grand Jury indicted Mr. Arencibia on December 20, 2023, in a Fifth Superseding Indictment in this case that was originally filed in 2019. [DE 865]. Mr. Arencibia was arrested on or about January 26th, 2024, and held on a joint stipulation of temporary pre-trial detention until a formal bond hearing could be conducted. [DE 876].

    On or about February 7th, 2024, Mr. Arencibia was arraigned, and a formal bond hearing was held before the Honorable Magistrate Judge Lauren Fleischer Louis. Magistrate Louis ordered Mr. Arencibia detained based on a finding that he was a risk of flight. [DE 881].

    On or about February 13th, 2024, this Court granted an agreed motion to continue the trial of Mr. Arencibia and codefendant Stephen Costa from February 20th, 2024, to October 7th, 2024.

1



QUINTERO BROCHE
75 Valencia Avenue · Suite 800 · Coral Gables, Florida 33134
Tel: (305) 446-0303 · Fax: (305) 446-4503

[DE 885].[1]  Mr. Arencibia has remained incarcerated since his arrest in January [DE 892] and is the only Defendant in custody.

A Sixth Superseding Indictment [DE 927] was returned, on May 8, 2024, adding two (2) codefendants, Mr. Linares and Jose Armando Rivera Garcia ("Defendant Rivera Garcia"). On June 27th, 2024, this Court entered an Order setting Defendant Rivera Garcia's case for the August 7th, 2024, trial period. [DE 953]. On July 10th, 2024, this Court also set Defendant Linares Guzman's case for the August 7th, 2024, trial period.

On August 5th, 2024, Defendant Linares' counsel, filed an unopposed motion for continuance, advising that the Government and codefendant Rivera Garcia did not object to the motion for continuance but failed to inform the Court in his motion that the undersigned advised he would respond by Wednesday, August 7th, 2024, after consulting with Mr. Arencibia. [DE 977]. Linares' motion for continuance failed to inform this Court that Mr. Arencibia and Mr. Costa (two codefendants in the same case) were previously set for trial by this Court for the period commencing October 7th, 2024. Nor did the Government make any attempt to have Defendants Linares and Rivera Garcia set for the October 7th trial period with Mr. Arencibia and Defendant Costa.

On August 5th, 2024, this Court granted defendant Linares' motion for continuance and set Defendants Rivera Garcia and Linares for the November 18, 2024, trial period.  [DE 979].

---

[1] The other remaining codefendants, Stephen Manuel Costa and Angel Caminero Alvarez had been previously indicted as part of the Second Superseding Indictment on June 10, 2021, and the Superseding Indictment on December 12, 2019, respectively. Defendant Angel Caminero Alvarez has been transferred to fugitive status.  Co-defendant Costa, upon information and belief, has been cooperating with the Government since at least December 2021, if not prior thereto. *See United States v. Stephen Costa,* 15-cr-21004-Altonaga. Defendant Costa has had a supervised release violation pending since at least December 21, 2021. *See Id. at* DE 79-126. No Defendant, to the undersigned's knowledge, has ever had a supervised release violation hearing pending in this district for almost three years.



On August 14, 2024, the Government filed a Motion to Continue the trial, as to Mr. Arencibia and codefendant Stephen Costa, that was originally set for October 7th, 2024. [DE 982]. Mr. Arencibia filed a response opposing the Government's motion for continuance. [DE 985].

On September 5th, 2024, this Court held a hearing on the Government's motion for continuance and Mr. Arencibia's written objections thereto. The Court overruled Mr. Arencibia's objections and granted the Government's motion to continue Mr. Arencibia's case to the November 18th trial calendar where the codefendants' cases were set for trial.

On September 6th, 2024, the undersigned on behalf of Mr. Arencibia filed a demand for speedy trial pursuant to 18 U.S.C. 3164(b). The speedy trial period, i.e. 90 days since Mr. Arencibia is in custody, is set to expire on December 5th, 2024.

Mr. Arencibia has no control or decision-making ability as to when this Court would set this case for trial, assuming it were to grant Defendant Linares' motion for continuance. Defendant Linares' current motion requests that this Court continue the case for a December 4th, 2024, trial date. While Mr. Arencibia does not object to a continuance of trial to December 4th, 2024, setting trial beyond December 5th, 2024, would violate Mr. Arencibia's speedy trial rights.

Mr. Arencibia's acquiescence to Defendant Linares' motion or failure to object thereto, would be considered a waiver of the demand for speedy trial filed by Mr. Arencibia. *See, United States v. Davenport, 935 F.2d 1223 (11th Cir. 1991).* Notwithstanding Mr. Arencibia's objections to Defendant Linares' motion for continuance, the Court can overrule Mr. Arencibia's objections and grant Defendant Linares' motion under an "ends of justice" standard, *Zedner v. United States,* 126 S. Ct. 1976 164 L. Ed. 2d 749 (2006) and/or under 18 U.S.C. 3161(h)(6), *United States v. Tobin*, 840 F.2d 867 (11th Cir, 1988).

WHEREFORE Defendant, BORIS ARENCIBIA, respectfully submits this response as ordered by the Court.

Respectfully submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Boris Arencibia*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503

By: */s/    Frank Quintero, Jr.*
     FRANK QUINTERO, Jr.
     FLORIDA BAR NO.: 399167

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/    Frank Quintero, Jr.*
     FRANK QUINTERO, Jr.
     FLORIDA BAR NO.: 399167

QUINTERO BROCHE
75 Valencia Avenue • Suite 800 • Coral Gables, Florida 33134
Tel: (305) 446-0303 • Fax: (305) 446-4503