UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 19-CR-20674-GAYLES

**UNITED STATES OF AMERICA**

*Plaintiff,*

**v.**

**BORIS ARENCIBIA,**

*Defendant.*
_____/

## NOTICE OF LIMITED APPEARANCE

**COMES NOW** the **PRIETO LAW FIRM,** 55 Merrick Way, Suite 212, Coral Gables, FL 33134, a member in good standing of the Florida Bar and admitted to practice in the Southern District of Florida, hereby enters his appearance as attorney of record for subpoenaed non-party, Annie Gonzalez. Counsel is appearing in connection with a motion to quash subpoena served on Annie Gonzalez.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on this **12th day of November 2024,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By:    */s/Frank A. Prieto*
        FRANK A. PRIETO, ESQ.
        Florida Bar No.: 514071