United States v. Boris Arencibia
Case No.: 19-cr-20674-GAYLES

# **EXHIBIT "B"**

**Subpoenas Duces Tecum**

**served on Rene Lorenzo and Carlos Casanueva**

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

Southern    DISTRICT OF    Florida

**United States of America**

V.

**Boris Arencibia**

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: 19-cr-20674-Gayles

TO: Rene Lorenzo
14647 SW 17 CT
Davie, Florida 33325

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. Federal Courthouse<br>400 N. Miami Avenue, Room 11-1<br>Miami, Florida 33128 | Judge Darrin P. Gayles<br>Courtroom 11-1 (11th Floor) |
| | DATE AND TIME |
| | November 18, 2024 at 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Copies of any and all communications, i.e. text messages, whatsapp messages, and/or e-mails, between you and Stephen Manuel Costa from 2013 to the present.

2. Copies of any and all bank statements showing any monies received from Stephen Manuel Costa from 2013 to the present.

3. Copies of any and all Warranty Deeds, Quitclaim Deeds, Bills of Sale for any property, real or personal, that was purchased with funds received from Stephen Manuel Costa from 2013 to the present.

**Please provide copies of the above documents to the undersigned no later than Monday, November 4th, 2024. This will expedite your trial testimony.**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
|  | October 17, 2024 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Frank Quintero, Jr., 75 Valencia Ave, Suite 800, Coral Gables, FL 33134; Tel.: 305-446-0303. E-mail: fquintero@quinterolaw.net *** Your appearance may not be needed if the documents requested in this subpoena are provided in advance of trial. This date may change however you are still under subpoena until released by the attorney. Please contact the Attorney upon receipt of this subpoena and provide a telephone number and email address. You will be contacted in the event that your appearance date is rescheduled.

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

| Southern | DISTRICT OF | Florida |
|---|---|---|

**United States of America**

**V.**

**Boris Arencibia**

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 19-cr-20674-Gayles

TO: Carlos Alberto Casanueva
1105 NW 5 Ave
Delray Beach, Florida 33444

SERVED
DATE 10-24-24 TIME 2:50 pm
WAYNE Z. POLLICK
C.P.S. # 856 P.B.C.

 YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. Federal Courthouse<br>400 N. Miami Avenue, Room 11-1<br>Miami, Florida 33128 | Judge Darrin P. Gayles<br>Courtroom 11-1 (11th Floor) |
| | DATE AND TIME |
| | November 18, 2024 at 9:00 A.M. |

 YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Copies of any and all communications, i.e. text messages, whatsapp messages, and/or e-mails, between you and Stephen Manuel Costa from 2013 to the present.

2. Copies of any and all bank statements showing any monies received from Stephen Manuel Costa from 2013 to the present.

3. Copies of any and all Warranty Deeds, Quitclaim Deeds, Bills of Sale for any property, real or personal, that was purchased with funds received from Stephen Manuel Costa from 2013 to the present.

**Please provide copies of the above documents to the undersigned no later than Monday, November 4th, 2024. This will expedite your trial testimony.**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *(signature)*<br>(BY) DEPUTY CLERK | October 17, 2024 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Frank Quintero, Jr., 75 Valencia Ave, Suite 800, Coral Gables, FL 33134; Tel.: 305-446-0303. E-mail: fquintero@quinterolaw.net *** Your appearance may not be needed if the documents requested in this subpoena are provided in advance of trial. This date may change however you are still under subpoena until released by the attorney. Please contact the Attorney upon receipt of this subpoena and provide a telephone number and email address. You will be contacted in the event that your appearance date is rescheduled.

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
|  | ☐ YES    ☐ NO    AMOUNT $_____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    *Date*

_____
*Signature of Server*

_____
*Address of Server*

**ADDITIONAL INFORMATION**