United States v. Boris Arencibia
Case No.: 19-cr-20674-GAYLES

# EXHIBIT "C"

*Lis Pendens*

CFN: 20240677830 BOOK 34394 PAGE 1249
DATE:09/05/2024  11:07:10 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

    vs.

JOSHUA JOLES, et al.,

    Defendants.
_____/

## RENEWAL OF LIS PENDENS

GRANTEE(S):   STEPHEN COSTA AND ANNIE GONZALEZ

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on May 8, 2024, the United States of America filed a Sixth Superseding Indictment in the United States District Court for the Southern District of Florida, charging the defendants with violations of 18 U.S.C. §§ 1341 and 1956.  Pursuant to 18 U.S.C. § 982(a)(1), the United States of America may seek to forfeit the real property located at **7441 SW 125th Avenue, Miami, Florida 33183**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 11, Block 1, Red Berry Estates, according to the plat thereof as recorded in Plat Book 170,
> Page 28, Public Records of Miami-Dade County, Florida.

Parcel Identification Number: 30-4936-043-0110

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.  Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

                                            Respectfully submitted,

                                            **MARKENZY LAPOINTE**
                                            **UNITED STATES ATTORNEY**

                          By:   _____
                                            Nicole Grosnoff
                                            Assistant United States Attorney
                                            Court ID No. A5502029
                                            nicole.s.grosnoff@usdoj.gov
                                            U.S. Attorney's Office
                                            99 Northeast Fourth Street, 7th Floor
                                            Miami, Florida 33132-2111
                                            Telephone: (305) 961-9294/ Facsimile: (305) 536-4089