UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-DPG

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BORIS ARENCIBIA

     Defendant.

_____/

## MOTION FOR ORDER REVALIDATING TRIAL SUBPOENAS

**COMES NOW,** Defendant, **BORIS ARENCIBIA**, by and through his undersigned counsel, and hereby files this Motion for Order Revalidating Trial Subpoenas and as grounds states as follows:

1. Trial in the present case is set for the trial period commencing on December 2nd, 2024.

2. In anticipation of trial, Defendant BORIS ARENCIBIA served trial subpoenas on individuals and entities that the Defendant may call as witnesses at trial.

3. The original subpoenas commanded the individuals and entities to appear before the Court for the two-week trial period commencing Monday, November 18th, 2024, in Miami, FL at the Wilkie Ferguson Jr. U.S. Federal Courthouse and to produce certain documents within their possession.

4. On November 8th, 2024, this Court continued the trial for the trial period commencing on December 2nd, 2024.

5. In order to avoid unnecessary expense in having to redraft and re-serve new trial subpoenas, Defendant BORIS ARENCIBIA requests that the Court enter an Order revalidating all trial

QUINTERO BROCHE ™

75 Valencia Avenue • Suite 800 • Coral Gables, Florida 33134
Tel: (305) 446-0303 • Fax: (305) 446-4503

subpoenas already issued for the previous trial period, commanding the individuals and entities subpoenaed to appear for the newly set trial period commencing December 2nd, 2024.

6. Furthermore, Defendant BORIS ARENCIBIA requests that the Court's order reflect that service of a copy of the Court's order, may be sent via email or regular mail and that such service shall constitute valid legal service of the subpoena.

7. A proposed order granting this motion to revalidate subpoenas is attached hereto as *Exhibit 1*.

8. **WHEREFORE**, Defendant, **BORIS ARENCIBIA**, respectfully requests this Honorable Court grant this Motion for an Order Revalidating Trial Subpoenas.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed via *Florida Courts E-Filing Portal* this 12th day of NOVEMBER 2024, and a courtesy copy of the foregoing furnished via email to all counsel of record.

`

Respectfully submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Defendant*
75 Valencia Ave., Suite 800
Coral Gables, Florida 33134
Tel.: 305-446-0303
Fax: 305-446-4503
E-mail: eservice@quinterolaw.net
fquintero@quinterolaw.net
jpbroche@quinterolaw.net

BY:   */s/ Frank Quintero, Jr.*
FRANK QUINTERO, JR.
Fla. Bar No.: 399167



# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 19-CR-20674-DPG

     Plaintiff,

v.

BORIS ARENCIBIA

     Defendant.

_____/

## <u>ORDER GRANTING DEFENDANT, BORIS ARENCIBIA'S</u><br><u>MOTION FOR ORDER REVALIDATING TRIAL SUBPOENAS</u>

     THIS CAUSE came before the Court on Defendant, **BORIS ARENCIBIA**'s Motion for Order Revalidating Trial Subpoenas, and the Court being otherwise fully advised in the premises, it is

     **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is hereby **<u>GRANTED.</u>**

2. All trial subpoenas previously issued for the trial period commencing on November 18th, 2024, are hereby **<u>revalidated</u>**, and the subpoenaed individuals and entities are hereby commanded to produce the requested documents and appear for the trial period commencing December 2nd, 2024, in Miami, FL at the Wilkie Ferguson Jr. U.S. Federal Courthouse, before this Honorable Court or at such other time as directed by this Court or Defense Counsel.

3. It is further ordered that service of a copy of this Order by email or regular mail on the individuals and entities previously served with the subpoena shall be considered **valid legal service of this Order and requires the production of the documents requested and attendance to the trial period commencing December 2nd, 2024.**

4. Failure to comply with either the subpoenas previously issued and/or this Order may subject the non-compliant witness to sanctions.

DONE AND ORDERED in Miami-Dade County, Florida this _____ day of November 2024.

                              _____

                              UNITED STATES DISTRICT JUDGE