UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        CASE NO. 19-CR-20674-DPG

    Plaintiff,

v.

BORIS ARENCIBIA

    Defendant.
_____/

**ORDER GRANTING DEFENDANT, BORIS ARENCIBIA'S
MOTION FOR ORDER REVALIDATING TRIAL SUBPOENAS**

    THIS CAUSE came before the Court on Defendant, **BORIS ARENCIBIA**'s Motion for Order Revalidating Trial Subpoenas, and the Court being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is hereby **GRANTED.**
2. All trial subpoenas previously issued for the trial period commencing on November 18th, 2024, are hereby **revalidated**, and the subpoenaed individuals and entities are hereby commanded to produce the requested documents and appear for the trial period commencing December 2nd, 2024, in Miami, FL at the Wilkie Ferguson Jr. U.S. Federal Courthouse, before this Honorable Court or at such other time as directed by this Court or Defense Counsel.
3. It is further ordered that service of a copy of this Order by email or regular mail on the individuals and entities previously served with the subpoena shall be considered **valid legal service of this Order and requires the production of the documents requested and attendance to the trial period commencing December 2nd, 2024.**
4. Failure to comply with either the subpoenas previously issued and/or this Order may subject the non-compliant witness to sanctions.

DONE AND ORDERED in Miami-Dade County, Florida this _12th_ day of November 2024.

                                                        UNITED STATES DISTRICT JUDGE