UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA

*Plaintiff,*

v.

**BORIS ARENCIBIA,**

*Defendant.*
_____/

**MOTION TO JOIN AND ADOPT NON-PARTIES RENE LORENZO'S AND CARLOS CASANUEVA'S REPLY TO BORIS ARENCIBIA'S RESPONSE IN OPPOSITION TO MOTION TO QUASH SUBPOENAS *DUCES TECUM*[1]**

**PLEASE TAKE NOTICE** that NON-PARTY, ANNIE GONZALEZ, by and through undersigned counsel, hereby files her motion for an Order permitting her to join and adopt the following supplemental filing:

- Non-Parties Rene Lorenzo's and Carlos Casanueva's Reply to Defendant, Boris Arencibia's Reply to Motion to Quash Subpoenas *Duces Tecum*. [D.E. 1047].

Undersigned counsel has conferred with counsel for Defendant Arencibia, Frank Quintero, to ascertain his position to this motion. Mr. Quintero does not have a position with respect to the requested relief.

---

[1] Undersigned counsel is contemporaneously filing a Reply that address the unique issues that apply to non-party, Ms. Annie Gonzalez.

_____
**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 - Fax (786) 971-5658

**WHEREFORE**, Non-Party, ANNIE GONZALEZ, respectfully prays that this Honorable Court enter an Order granting the foregoing Motion.

Respectfully submitted,

*/s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071

# CERTIFICATE OF SERVICE

**I HEREBY** certify that on this **19th day of November 2024,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

*/s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071