UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA

    Defendant.
_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENSE MOTIONS

Defendant, BORIS ARENCIBIA ("Mr. Arencibia"), through undersigned counsel, and pursuant to Rule 12 of the Federal Rules of Criminal Procedure and Local Rule 88.9(c) hereby moves for an enlargement of time, until December 23, 2024, to file defense motions. In support thereof, Mr. Arencibia states:

1. On October 17, 2019, the Government charged several co-defendants with Conspiracy to Deliver Misbranded and Adulterated Drugs (Count 1), Conspiracy to Traffic in Medical Products with False Documentation (Count 2), Conspiracy to Commit Money Laundering –Interstate Commerce (Count 3), Money Laundering (Counts 4-5), and Mail Fraud and Forfeiture Count (Counts 6-10).

2. On December 20, 2023, the Government charged Mr. Arencibia in the Fifth Superseding Indictment with Conspiracy to Deliver Misbranded/Adulterated Drugs (Count 1), Conspiracy to Traffic in Medical Products with False Documentation (Count 2), and Conspiracy to Commit Money Laundering (Count 3).



QUINTERO BROCHE
75 Valencia Avenue • Suite 800 • Coral Gables, Florida 33134
Tel: (305) 446-0303 • Fax: (305) 446-4503

1

3. A Sixth Superseding Indictment [DE 927] was returned, on May 8, 2024, adding two (2) codefendants, Gustavo Linares Guzman ("Defendant Linares Guzman") and Jose Armando Rivera Garcia ("Defendant Rivera Garcia").

4. Mr. Arencibia was arraigned on the Sixth Superseding Indictment on October 24, 2024. [DE 1016].

5. Pursuant to Local Rule 88.9(c), Mr. Arencibia must file any defense motions within 28 days from the arraignment: in this case, November 21, 2024.

6. Trial in this matter is currently set for December 2, 2024.

7. The Parties are in serious plea discussions that may eliminate the need for the filing of any defense motions. However, because there is a Department of Justice case in process of being filed, and the parties are trying to resolve both cases at the same time, any plea agreement cannot be completed before December 2, 2024.

8. Accordingly, the undersigned will be visiting Mr. Arencibia on Friday, November 22, 2024, and will advise him to agree to an extension of the speedy trial period until January 2, 2025.

9. If Mr. Arencibia agrees, the undersigned will file a motion for continuance and to extend the speedy trial period to January 2, 2025, in order for plea negotiations to proceed.

10. Considering the foregoing, Mr. Arencibia requests additional time to file defense motions to, and including, December 23, 2024.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9**

On November 20, 2024, the undersigned conferred with AUSA Frank Tamen regarding the substance of this motion. AUSA Tamen advised that the Government does not object to the Court granting this Motion for Enlargement of Time to File Defense Motions.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant the relief requested herein and for any other relief the Court deems fair and just.

Respectfully Submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Boris Arencibia*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503

By: */s/ Frank Quintero, Jr.*
  FRANK QUINTERO, Jr.
  FLORIDA BAR NO.: 399167

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Frank Quintero, Jr.*
  FRANK QUINTERO, Jr.
  FLORIDA BAR NO.: 399167

