UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA

    Defendant.

_____/

**MOTION TO EXTEND SPEEDY TRIAL PERIOD AND UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL UNTIL JANUARY 6, 2025**

Defendant, BORIS ARENCIBIA ("Mr. Arencibia"), by and through his undersigned counsel, moves this Honorable Court for the entry of an order extending the speedy trial period and continuing the trial of this case until January 6, 2025, and in support thereof states:

1. On December 20, 2023, the Government charged Mr. Arencibia in the Fifth Superseding Indictment with Conspiracy to Deliver Misbranded/Adulterated Drugs (Count 1), Conspiracy to Traffic in Medical Products with False Documentation (Count 2), and Conspiracy to Commit Money Laundering (Count 3).

2. A Sixth Superseding Indictment [DE 927] was returned, on May 8, 2024, adding two (2) codefendants, Gustavo Linares Guzman ("Defendant Linares Guzman") and Jose Armando Rivera Garcia ("Defendant Rivera Garcia").

3. Mr. Arencibia was arraigned on the Sixth Superseding Indictment on October 24, 2024. [DE 1016].

4. Trial in this matter is currently set for December 2, 2024.



QUINTERO BROCHE
75 Valencia Avenue · Suite 800 · Coral Gables, Florida 33134
Tel: (305) 446-0303 · Fax: (305) 446-4503

5. The Parties have reached tentative plea agreements to resolve both this case and a related Department of Justice matter.

6. Mr. Arencibia respectfully requests this Honorable Court extend the speedy trial period and continue trial in the instant case until January 6, 2025, to allow time to finalize the plea agreements and factual proffers, and to await the filing of the Department of Justice's Information.

7. Undersigned counsel conferred with Michael Band, Esq., counsel for co-defendant Jose Rivera Garcia, who does not object to this request to continue trial until January 6, 2025. On November 22, 2024, the undersigned made multiple attempts to confer with codefendant Gustavo Linares Guzman's counsel, Edwin Prado-Galarza, Esq., via email and phone call. Since Mr. Prado-Galarza has not responded to these communications, his position on the motion cannot be ascertained.

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9

On November 22, 2024, the undersigned conferred with AUSA Frank Tamen regarding the substance of this motion. AUSA Tamen advised that the Government does not object to the Court granting this Motion for Continuance.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant the relief requested herein and for any other relief the Court deems fair and just.

Respectfully Submitted,

By: */s/ Frank Quintero, Jr.*
FRANK QUINTERO, Jr.
FLORIDA BAR NO.: 399167

QUINTERO BROCHE
75 Valencia Avenue • Suite 800 • Coral Gables, Florida 33134
Tel: (305) 446-0303 • Fax: (305) 446-4503

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> **QUINTERO BROCHE, P.A.**
> *Attorneys for Boris Arencibia*
> 75 Valencia Avenue, Suite 800
> Coral Gables, Florida 33134
> Tel: (305)446-0303
> Fax: (305)446-4503
>
>
> By: */s/ Frank Quintero, Jr.*
>     FRANK QUINTERO, Jr.
>     FLORIDA BAR NO.: 399167