UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,

    Defendant.

_____/

**UNOPPOSED, JOINT MOTION TO FURTHER EXTEND
SPEEDY TRIAL PERIOD AND FOR CONTINUANCE OF TRIAL**

Defendants, BORIS ARENCIBIA ("Mr. Arencibia") by and through undersigned counsel, moves this Honorable Court for the entry of an order extending the speedy trial period and continuing the trial of this case for an additional thirty (30) days, and in support thereof state:

1. On December 20, 2023, the Government charged Mr. Arencibia in the Fifth Superseding Indictment with Conspiracy to Deliver Misbranded/Adulterated Drugs (Count 1), Conspiracy to Traffic in Medical Products with False Documentation (Count 2), and Conspiracy to Commit Money Laundering (Count 3).

2. A Sixth Superseding Indictment [DE 927] was returned, on May 8, 2024, adding Jose Rivera Garcia and Gustavo Linares Guzman.

3. Mr. Rivera was arraigned on June 26, 2024 [DE 952]. Mr. Arencibia was arraigned on the Sixth Superseding Indictment on October 24, 2024. [DE 1016].



QUINTERO BROCHE
75 Valencia Avenue • Suite 800 • Coral Gables, Florida 33134
Tel: (305) 446-0303 • Fax: (305) 446-4503

1

4. Trial in this matter is currently set for January 13, 2025.

5. The Parties have reached a tentative plea agreement to resolve this case. A related Department of Justice case is still under negotiations. While an agreement in principle has been reached in the instant case, the parties are finalizing the terms of the Department of Justice case, which negotiations have been delayed by the holidays.

6. Additionally, the undersigned's medical procedure, which was scheduled for January 10, 2025, has been rescheduled to January 17, 2025, to accommodate the doctor's schedule.

7. Both Defendants, Mr. Arencibia and Mr. Rivera, respectfully request this Honorable Court extend the speedy trial period and continue trial an additional thirty (30) days to allow time to finalize the Department of Justice plea agreements and factual proffers, and to await the filing of the Department of Justice's Information.

8. Undersigned counsel conferred with Michael Band, Esq., counsel for co-defendant Jose Rivera Garcia, who joins this request to extend the speedy trial period and continue trial an additional thirty (30) days.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9**

On January 3, 2025, the undersigned conferred with AUSA Frank Tamen regarding the substance of this motion. AUSA Tamen advised that the Government does not object to the Court granting this Motion for Continuance.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant the relief requested herein and for any other relief the Court deems fair and just.

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              **QUINTERO BROCHE, P.A.**
                                              *Attorneys for Boris Arencibia*
                                              75 Valencia Avenue, Suite 800
                                              Coral Gables, Florida 33134
                                              Tel: (305)446-0303
                                              Fax: (305)446-4503

                                              By: */s/ Frank Quintero, Jr.*
                                                    FRANK QUINTERO, Jr.
                                                    FLORIDA BAR NO.: 399167

