UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,
JOSE RIVERA GARCIA,

    Defendants.
_____/

**UNOPPOSED, JOINT MOTION TO FURTHER EXTEND
SPEEDY TRIAL PERIOD AND FOR CONTINUANCE OF TRIAL**

    Defendants, BORIS ARENCIBIA and JOSE RIVERA GARCIA ("Defendants") by and through undersigned counsel, move this Honorable Court for the entry of an order extending the speedy trial period and continuing the trial of this case for an additional thirty (30) days, and in support thereof state:

1. On December 20, 2023, the Government charged Boris Arencibia ("Mr. Arencibia") in the Fifth Superseding Indictment with Conspiracy to Deliver Misbranded/Adulterated Drugs (Count 1), Conspiracy to Traffic in Medical Products with False Documentation (Count 2), and Conspiracy to Commit Money Laundering (Count 3).

2. A Sixth Superseding Indictment [DE 927] was returned, on May 8, 2024, adding Jose Rivera Garcia ("Mr. Rivera") and Gustavo Linares Guzman.

3. Mr. Rivera was arraigned on June 26, 2024 [DE 952]. Mr. Arencibia was arraigned on the Sixth Superseding Indictment on October 24, 2024. [DE 1016].

4. Trial in this matter is currently set for March 10, 2025, and calendar call is set for March 5, 2025.



5. There is a Department of Justice case pending against both defendants. The Parties have reached agreements in this case and in the Department of Justice case. Under the Parties' global agreements, both cases will go to a change of plea hearing and a sentencing hearing together.

6. The Department of Justice has not yet filed the charging Information. The Department of Justice prosecutor has advised she is waiting for approval from main justice in order to file the charging Information.

7. Accordingly, Defendants, Arencibia and Rivera, respectfully request this Honorable Court extend the speedy trial period and continue trial an additional thirty (30) days to allow time for the Department of Justice to file the Information and have the Defendants arraigned on the Department of Justice Information.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9**

On February 24, 2025, the undersigned conferred with AUSA Frank Tamen regarding the substance of this motion. AUSA Tamen advised that the Government does not object to the Court granting this Motion for Continuance.

**WHEREFORE,** the Defendants pray that this Honorable Court will grant the relief requested herein and for any other relief the Court deems fair and just.

Respectfully submitted,

| | |
|---|---|
| **QUINTERO BROCHE, P.A.** | **MICHAEL R. BAND, P.A.** |
| *Attorneys for Boris Arencibia* | *Attorneys for Jose Rivera Garcia* |
| 75 Valencia Avenue, Suite 800 | 1224 Alfred I. DuPont Building |
| Coral Gables, Florida 33134 | 169 East Flagler Street |
| Tel: (305)446-0303 | Miami, Florida 33131 |
| Fax: (305)446-4503 | Tel: (305) 372-8500 |
| | Email: michael@bandlawfirm.com |
| By: */s/ Frank Quintero, Jr.* | |
|    FRANK QUINTERO, Jr. | By: // Michael R. Band |
|    Florida Bar No. 399167 |    MICHAEL R. BAND |
| |    Florida Bar No. 228338 |



**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                  By: */s/ Frank Quintero, Jr.*
                                                          FRANK QUINTERO, Jr.
                                                          FLORIDA BAR NO.: 399167