UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-20674-CR-GAYLES**

UNITED STATES OF AMERICA

v.

BORIS ARENCIBIA**,**
JOSE RIVERA GARCIA,

    Defendants.

_____/

**ORDER GRANTING UNOPPOSED
JOINT MOTION TO CONTINUE TRIAL**

    **THIS CAUSE** came before the Court upon Defendants Boris Arencibia and Jose Rivera Garcia's Unopposed Joint Motion to Continue Trial [ECF No. 1090]. The Court has considered the Motion, and being otherwise fully advised, it is

    **ORDERED AND ADJUDGED** that the Motions are **GRANTED**. The interests of justice served by a continuance outweigh the interest of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance — *i.e*., from the date the Motion was filed, March 31, 2025, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **May 5, 2025.** A calendar call will be held on **Wednesday April 30, 2025, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the

following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on April 1, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record