UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,
JOSE ARMANDO RIVERA-GARCIA

    Defendants.
_____/

**<u>DEFENDANTS' JOINT AND UNOPPOSED MOTION TO TRANSFER CASE NUMBER 25-CR-20154-WILLIAMS TO THIS COURT PURSUANT TO THE SOUTHERN DISTRICT OF FLORIDA INTERNAL OPERATING PROCEDURES (IOP 2.06.00)</u>**

    COME NOW, the Defendants, by and through their respective undersigned counsel, and move this Court to transfer this case, pursuant to the Southern District of Florida Internal Operating Procedures (IOP 2.06.00) to transfer this case to Judge Gayles and as grounds state as follows:

1. The Parties in this case (and the 25-CR-20154-WILLIAMS case) have negotiated plea agreements and factual proffers. For the sake of efficiency, the Defendants request that this Court accept the transfer of the Williams case to this Court's docket so that both cases are before the same Judge for purposes of a change of plea and sentencing hearing. In other words, both cases would be set before this Court and proceed to a change of plea hearing and a sentencing hearing together. The Government has advised that it does not oppose the transfer for this purpose.

1



2. However, Discovery in the WILLIAMS has not been received (Defendants in that case were arraigned on April 11th, 2025, and Discovery is not due until April 26th, 2025) and counsel for the Defendants need the time to review the discovery and provide it to their respective clients before a change of plea hearing may occur. The Williams case is set for Calendar Call on May 27th, 2025, and Trial during the 2-week period commencing June 2nd, 2025.

3. The Government agrees that the Williams case is related conduct to the case before this Court. *See, Information filed on April 4th, 2025 @ page 8 in Case # 25-CR-20154-WILLIAMS.* [DE 1]. The conduct in both cases involves overlapping facts and individuals and are schemes that operated similarly. The Government agrees to transfer the newer case to the case before Judge Gayles in accordance with the Southern District's operating policies.

4. This case is set for Calendar Call on April 30th, 2025, and Trial during the 2-week period commencing May 5th, 2025.[1]

5. The Internal Operating Procedures for the Southern District of Florida, IOP 2.06.00, reflect that a related case may be transferred to the Judge assigned to the lower numbered case. In this case the lowered numbered case is before Judge Gayles. This assumes of course that this Court will accept the transfer.

---

[1] The Defendants will be filing a Joint Unopposed Motion for Continuance in the GAYLES case to allow for the resolution of the Discovery issue in this case and the determination of which Judge will be handling these both cases.



## CERTIFICATE OF CONFEERAL PURSUANT TO LOCAL RULE 88.9

The undersigned represents that on April 22nd, 2025, he conferred with AUSA Frank Tamen, AUSA Jacqueline DerOvanesian, and Michael Band Esq. (attorney for Rivera-Garcia) and all stated they had no objection to the Court granting this motion.

**WHEREFORE,** the Defendants pray that this Honorable Court will grant this motion and accept the transfer of the Judge Williams case, i.e. 25-CR20154-Williams, so that both cases may be disposed of at the same time.

Respectfully submitted,

| | |
|---|---|
| **QUINTERO BROCHE, P.A.** | **MICHAEL R. BAND, P.A.** |
| *Attorneys for Boris Arencibia* | *Attorneys for Jose Rivera Garcia* |
| 75 Valencia Avenue, Suite 800 | 1224 Alfred I. DuPont Building |
| Coral Gables, Florida 33134 | 169 East Flagler Street |
| Tel: (305)446-0303 | Miami, FL 33131 |
| Fax: (305)446-4503 | Tel: (305) 372-8500 |
| | |
| By: */s/ Frank Quintero, Jr.* | By: */s/ Michael R. Band* |
| FRANK QUINTERO, Jr. | MICHAEL R. BAND |
| Florida Bar No. 399167 | Florida Bar No. 228338 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was filed via *CM/ECF* this 23rd day of April 2025.

By: */s/ Frank Quintero, Jr.*
FRANK QUINTERO, JR.
Florida Bar No.: 399167

