UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,
JOSE RIVERA GARCIA,

    Defendants.
_____/

## UNOPPOSED, JOINT MOTION TO FURTHER EXTEND SPEEDY TRIAL PERIOD AND FOR CONTINUANCE OF TRIAL

Defendants, BORIS ARENCIBIA and JOSE RIVERA GARCIA ("Defendants") by and through undersigned counsel, move this Honorable Court for the entry of an order extending the speedy trial period and continuing the trial of this case for an additional thirty (30) days, and in support thereof state:

1. The Parties in this case (and the 25-CR-20154-WILLIAMS case) have negotiated plea agreements and factual proffers. However, as part of the negotiated agreements the Parties also agreed that case number 25-CR-20154-WILLIAMS would be joined before the same Judge for purposes of a change of plea and sentencing hearing. In other words, both cases would be set before the same Judge and proceed to a change of plea hearing and a sentencing hearing together.[1]

---

[1] Defendants on April 21st, 2025, filed a Joint Unopposed Motion to Transfer the Williams case to this Court for a joint resolution.



1

2. However, Discovery in the WILLIAMS has not been received (Defendants in that case were arraigned on April 11th, 2025, and Discovery is not due until April 26th, 2025) and counsel for the Defendants need the time to review the discovery and provide it to their respective clients before a change of plea may occur. The Williams case is set for Calendar Call on May 27th, 2025, and Trial during the 2-week period commencing June 2nd, 2025.

3. This case is set for Calendar Call on April 30th, 2025, and Trial during the 2-week period commencing May 5th, 2025.

4. The Government has advised that the WILLIAMS case is related conduct to the case before this Court. *See, [DE 1] in 25-CR-20154-WILLIAMS; Information filed on April 4th, 2025 @ page 8.* The conduct in both cases involves overlapping facts and individuals and are schemes that operated similarly.

5. Accordingly, Defendants, Arencibia and Rivera respectfully request this Honorable Court extend the speedy trial period and continue trial an additional thirty (30) days to allow time for the transfer of the WILLIAMS case to this Court and for the receipt and review of the Discovery in the WILLIAMS case.

6. This should be the last request for a continuance in this matter.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 88.9**

On April 22nd, 2025, the undersigned conferred with AUSA Frank Tamen regarding the substance of this motion. AUSA Tamen advised that the Government does not object to the Court granting this Motion for Continuance.

**WHEREFORE,** the Defendants pray that this Honorable Court will grant the relief requested herein and for any other relief the Court deems fair and just.

Respectfully submitted,

| | |
|---|---|
| **QUINTERO BROCHE, P.A.** | **MICHAEL R. BAND, P.A**. |
| *Attorneys for Boris Arencibia* | *Attorneys for Jose Rivera Garcia* |
| 75 Valencia Avenue, Suite 800 | 1224 Alfred I. DuPont Building |
| Coral Gables, Florida 33134 | 169 East Flagler Street |
| Tel: (305)446-0303 | Miami, Florida 33131 |
| Fax: (305)446-4503 | Tel: (305) 372-8500 |
| | |
| By: */s/ Frank Quintero, Jr.* | By: /s/ *Michael R. Band* |
|     FRANK QUINTERO, Jr. |     MICHAEL R. BAND |
|     Florida Bar No. 399167 |     Florida Bar No. 228338 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Frank Quintero, Jr.*
    FRANK QUINTERO, Jr.
    FLORIDA BAR NO.: 399167