UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

v.

BORIS ARENCIBIA,
JOSE ARMANDO RIVERA GARCIA,

    Defendants.
_____/

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon the Defendants Boris Arencibia and Jose Armando Rivera Garcia's Unopposed Motion to Continue Trial [ECF No. 1096]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Continue Trial is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, April 23, 2025, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **June 2, 2025.** A calendar call will be held on **Wednesday May 28, 2025, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances

telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 24, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record