UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-CR-20674-GAYLES
25-CR-20154-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,

    Defendant.
_____/

**NOTICE OF CORRECTION TO DEFENDANT BORIS ARENCIBIA'S OBJECTIONS TO THE PRESENTENCE REPORT, REQUEST FOR DOWNWARD DEPARTURE OR VARIANCE, AND SENTENCING MEMORANDUM [DE 1150]**

Defendant, BORIS ARENCIBIA ("Mr. Arencibia") by and through undersigned counsel, files this Notice of Correction to Mr. Arencibia's Objections to Presentence Report, Request for Downward Departure or Variance, and Sentencing Memorandum [DE 1150] and requests that in accordance with the plea agreement, this Honorable Court impose a sentence of **51 months** in Case No. 19-cr-20674, and states:

1. The Plea Agreement in the 2019 Case [DE 1117 at ¶ 11] provides that "The United States will recommend a sentence within the guideline range, most likely at the high end, 57 months. The defendant agrees that he will not ask for any sentence below the middle of the range that the parties are recommending, which is *51 months*."  (emphasis added).

1



2. On September 30, 2025, the undersigned filed Mr. Arencibia's Objections to Presentence Report, Request for Downward Departure or Variance, and Sentencing Memorandum as docket entry 1150.

3. Within the objections, the undersigned mistakenly indicated in several instances that a sentence of 53 months in the 2019 Case would be consistent with the negotiated plea where he intended to say **51 months**.

4. Accordingly, Mr. Arencibia respectfully requests that this Court adopt the objections to the Presentence Investigation Report, calculate separate sentences for the two cases and sentence Mr. Arencibia to 51 months in Case No. 19-cr-20674 and 57 months in Case No. 25-cr-20154 with the sentences to run concurrent, grant a variance as set forth in docket entry 1150, grant Mr. Arencibia credit for the 21 months already served and sentence Mr. Arencibia to 36 months in the 2025 Case,[1] and grant such other relief the Court deems appropriate under the circumstances.

Respectfully submitted,

**QUINTERO BROCHE & FONSECA-NADER, P.A.**
*Attorneys for Boris Arencibia*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303
Fax: (305)446-4503

By: */s/ Frank Quintero, Jr.*
    FRANK QUINTERO, Jr.
    Florida Bar No. 399167

---

[1] The Bureau of Prisons will credit Mr. Arencibia with the 21 months presentence incarceration time in Case No. 19-cr-20674 but not in Case No. 25-cr-20154. *See DE 1150 at pp. 34-39.*

2



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Frank Quintero, Jr.*
FRANK QUINTERO, Jr.
FLORIDA BAR NO.: 399167
