UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-CR-20674-GAYLES**
**25-CR-20154-GAYLES**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BORIS ARENCIBIA,

    Defendant.

_____/

## MOTION TO STRIKE THE SECOND FINAL ADDENDUM DISCLOSURE OF PRESENTENCE INVESTIGATION REPORTS FILED ON OCTOBER 29TH 2025, PURSUANT TO RULE 32(g) FED. R. CRIM. PRO.

Defendant, **BORIS ARENCIBIA** ("Defendant") by and through undersigned counsel, moves this Honorable Court, pursuant to Rule 32(g) Fed. R. Crim. Pro. for an order striking the Second Final Addendum Disclosure of Presentence Investigation Reports ("PSI Report") filed on October 29th, 2025, in Case No. 19-CR-20674-GAYLES (DE # 1166) and in Case No. 25-CR-20154-GAYLES (DE # 53, for violation of the time limits set out in the rule and in support thereof states:

On December 20, 2023, in case number 19-cr-20674-Gayles ("2019 Case"), the Government charged Boris Arencibia ("Mr. Arencibia") in the Fifth Superseding Indictment with Conspiracy to Deliver Misbranded/Adulterated Drugs (Count 1), Conspiracy to Traffic in Medical Products with False Documentation (Count 2), and Conspiracy to Commit Money Laundering (Count 3).

1



A Sixth Superseding Indictment [DE 927] was returned, on May 8, 2024, adding Jose Rivera Garcia ("Mr. Rivera") and Gustavo Linares Guzman. Mr. Arencibia was arraigned on the Sixth Superseding Indictment on October 24, 2024. [DE 1016].

On April 4, 2025, an Information was filed against Boris Arencibia and Jose Rivera in case number 25-cr-20154-Williams ("2025 Case"), charging them with Conspiracy to Traffic in Pre-Retail Medical Products with False Documentation 18 U.S.C. 670 (1). [DE 1]. On April 24, 2025, Case Number 25-cr-20154 was transferred to this Court. [DE 17]. A change of plea hearing was held on both cases on June 24, 2025, wherein Mr. Arencibia entered a plea of guilty as to

- <u>Case Number 19-cr-20674</u>--Count 3 (Conspiracy to Money Laundering in violation of Title 18 U.S.C. § 1956(h)) [DE 1115], and

- <u>Case Number 25-cr-20154</u>--Count 1 (Conspiracy to Conspiracy to Traffic in Pre-Retail Medical Products with False Documentation 18 U.S.C. 670 (1)) [DE 22].

This Honorable Court initially set sentencing for September 18, 2025. [2019 Case DE 1118; 2025 Case-DE 29]. Probation filed the Presentence Investigation Reports in both cases on August 20, 2025, [ 2019 Case-DE # 1135; 2025 Case-DE 36], in violation of Federal Rule Criminal Procedure 32(e)(2), which provides:

> *Minimum Required Notice*. The probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government *at least 35 days before sentencing unless the defendant waives this minimum period.*

Fed. R. Crim. P. 32(e)(2) (emphasis added).

Mr. Arencibia did not and has not waived the minimum period under Rule 32(e)(2). On September 1, 2025, the Defendants filed an unopposed Joint Motion to Continue Sentencing,



2

seeking an extension to file objections continuance to September 30, 2025, and to continue the sentencing hearing for a date after October 20, 2025. [2019 Case-DE 1138; 2025 Case DE 38]. On September 3, 2025, this Honorable Court entered a paperless order granting Defendants' motion and set sentencing for October 30, 2025, and indicated that "Objections to the PSI Report are due by September 30, 2025. [2019 Case-DE 1139; 2025 Case- DE 39].

On September 12, 2025, probation prematurely filed the Final Addendum to the Presentence Report in both cases, indicating that the Government and the Defendant have not reported objections. [2019 Case DE1146-1; 2025 Case DE 41-1]. It is possible that probation did not realize the court had granted the request for extension to file objections to September 30, 2025, and granted a continuance of the sentencing hearing for October 30, 2025.

Nevertheless, the Final Addendum to the PSI Reports were prematurely and improperly filed and should be stricken because the Court's Order specifically grants the Parties until September 30, 2025, to file objections. On or about September 17th, 2025, the Defendant filed a Motion to Strike the Final Addendum to PSR (DE # 1147) for violation of the time limits set out in Rule 32(e)(2) Fed. R. Crim. Pro., requesting that this Honorable Court strike the Final Addendum to the PSI Reports filed on September 12, 2025.

On September 30th, 2025, the Defendant timely filed his objections to the PSR in accordance with the court's Order granting an extension until 9/30/25 to file the Defendant's objections.

On October 29th, 2025, less than 24 hours before the scheduled sentencing hearing (Oct. 30th, 2025), the Probation Officer filed a Second Addendum to the Pre-Sentence Report and Recommendation in effect "doubling down" on her positions in the initial PSR.

Rule 32(g) Fed. R. Crim. Pro., clearly states that *"At least 7 days before sentencing, the probation officer **must** submit to the court and top the parties the presentence report and an*

3



*addendum containing any unresolved objections, the grounds for those objections, and the probation officer's comments on them."*

Rule 32(g) Fed. R. Crim. Pro. (Emphasis added).

Under Rule 32, there are no exceptions for violating the time limits set out therein, unless the Court grants an extension of the time limits. This is the second violation of the time limits of rule by the probation officer and where no extensions of the time limits were ever requested or approved by this Court. These violations of the rule's time limits constitute a violation of the Defendant's procedural and substantive due process rights which warrant Court action.

**WHEREFORE,** Boris Arencibia prays this Honorable Court grant the relief requested herein, strike the Second Final Addendum to the PSI Reports filed on October29th, 2025, [Case 2019-DE 1166; Case 2025-DE 53] and for any other relief the Court deems fair and just.

Respectfully submitted,

**QUINTERO BROCHE & FONSECA-NADER, P.A.**
*Attorneys for Boris Arencibia*
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel: (305)446-0303/Fax: (305)446-4503

By: */s/ Frank Quintero, Jr.*
        FRANK QUINTERO, Jr.
        Florida Bar No. 399167

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Frank Quintero, Jr.*
        FRANK QUINTERO, Jr.
        FLORIDA BAR NO.: 399167

4

